**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Ft. Lauderdale Division
www.flsb.uscourts.gov

In re:                                                          Chapter 11

Healthcare Holdings of Florida LLC, *et al.*,[1]      Case No.:  24-21355-SMG

       Debtors.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, INB, N.A., by and through its counsel, Shutts & Bowen LLP, hereby appears in the above-captioned case and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

VINCENT F. ALEXANDER, ESQ.
SHUTTS & BOWEN LLP
201 East Las Olas Blvd, Suite 2200
Ft Lauderdale FL 33301
Telephone: (954) 847-3835
E-Mail: valexander@shutts.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, any notice of any orders, pleadings, motions, application, complaints, demand, hearings, requests or petitions, answering or reply papers, memoranda and briefs, in support of any

---

[1] The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293). The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

1

of the foregoing, whether formal or informal, whether written or oral; and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over INB, N.A. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of INB N.A.'s substantive or procedural rights, including, without limitation: (i) its right to have final orders entered only after de novo review by a District Court in non-core matters or where otherwise required by the U.S. Constitution; (ii) its right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, which INB, N.A. expressly reserves.

Date: October 31, 2024       Respectfully submitted,

*/s/ Vincent F. Alexander*
Vincent F. Alexander
Florida Bar No. 68114
VAlexander@shutts.com
Shutts & Bowen LLP
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
954-847-3835
***Counsel for INB, N.A.***

2

3

## <u>CERTIFICATE OF SERVICE</u>

**I CERTIFY** that on October 31, 2024, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this

day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record

or pro se parties who are authorized to receive electronically Notice of Electronic Filing in these

bankruptcy cases.

By: /s/ *Vincent F. Alexander*
Vincent F. Alexander

3