United States Bankruptcy Court
Southern District of Florida

In re:                                                                              Case No. 24-21355-SMG

Healthcare Holdings of Florida LLC                                                  Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 31, 2024 | Form ID: CGFI2 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Healthcare Holdings of Florida LLC, 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, FL 33309-3413 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessey J Krehl | on behalf of Debtor Healthcare Holdings of Florida LLC jessey@packlaw.com |
| Joseph A Pack | on behalf of Debtor Healthcare Holdings of Florida LLC joe@packlaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFI2 (06/27/22)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 24–21355–SMG**

**Chapter: 11**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Healthcare Holdings of Florida LLC
3313 West Commercial Boulevard
Suite 130
Fort Lauderdale, FL 33309
EIN: 92–2086887

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **October 30, 2024**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:**  You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **The petition was not accompanied by a corporate ownership statement as required by Bankruptcy Rule 1007(a)(1) and Local Rule 1002–1(A)(2).**
> **Deadline to correct deficiency: 11/7/24**

> **The petition was not accompanied by Official Bankruptcy Form 204 "List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders" as required by Bankruptcy Rule 1007(d).** If there are no qualifying unsecured creditors in this case, Official Bankruptcy Form 204 shall be filed so indicating.
> **Deadline to correct deficiency: 11/7/24**

> **Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
> **Deadline to correct deficiency: 11/13/24**
>
>> Official Bankruptcy Form 206Sum, Summary of Your Assets and Liabilities – Non–Individual
>>
>> Official Bankruptcy Form 206A/B, Schedule A/B: Property – Non–Individual
>>
>> Official Bankruptcy Form 206D, Schedule D: Creditors who Hold Claims Secured By Property – Non–Individual
>>
>> Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims – Non–Individual
>>
>> Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases – Non–Individual
>>
>> Official Bankruptcy Form 206H, Schedule H: Your Codebtors – Non–Individual

> **Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 202, Declaration Under Penalty of Perjury for Non–Individual Debtors) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
> **Deadline to correct deficiency: 11/13/24**
>
> ☑  Declaration not filed
>
> ☐  Declaration not signed
>
> ☐  Declaration must be filed with deficient schedules listed above

> **Statement of Financial Affairs** (Official Bankruptcy Form 207 Statement of Your Financial Affairs) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
> **Deadline to correct deficiency: 11/13/24**

☑ Statement not filed

☐ Statement not signed

☐ Statement incomplete

**Names and addresses of equity security holders of the debtor** not filed. See Bankruptcy Rule 1007(a)(3).
**Deadline to correct deficiency: 11/13/24**

**Please also be advised of the following local requirement(s):**

**Correcting any deficiency related to filing of petitions, schedules, statements or lists.** The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Required Chapter 11 Case Management Summary.** Chapter 11 debtors (other than individuals not engaged in business) must file Local Form "Chapter 11 Case Management Summary" on the earlier of three business days after the petition date, or one business day before the first scheduled hearing on any motion. [See Local Rule 2081–1(B)].

**Dated:10/31/24**                                   **CLERK OF COURT**
                                                      By: Melissa Wilson , Deputy Clerk

*Copies to:   Debtor*
              *Attorney for Debtor*