**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) |
| | ) Case No. 24-21355-SMG |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DEBTORS' *EX PARTE* MOTION FOR EXTENSION OF TIME**
**TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (the "Debtors"), by and through their undersigned proposed counsel, submit this motion (this "Motion") for entry of an order, on an *ex parte* basis, substantially in the form attached hereto as **Exhibit A**, extending the deadline by which the Debtors must file their Schedules and Statements of Financial Affairs.  In support of this Motion, the Debtors rely upon the *Declaration of Gary R. Loffredo in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 12] (the "Loffredo Declaration"), filed on the Petition Date (defined herein) and incorporated herein by reference, and respectfully state as follows:

---

[1] The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385); (viii) Home Care Resources Home Health Agency, LLC (0617); (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336); (xii) SN Home Healthcare, LLC (9996); (xiii) Senior Nannies Home Care Services, LLC (8991); and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293).  The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Debtors confirm their consent, pursuant to Rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Bankruptcy Court in connection with this Motion to the extent that it is later determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105(a), 1107(a), and 1108 of the Title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rule 1007, and Rule 9013-1(C)(2) of the Local Bankruptcy Rules for the Southern District of Florida (the "Local Rules").

**Background**

4. On October 30, 2024 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the Chapter 11 Cases before the Bankruptcy Court.

5. The Debtors are operating their business and managing their property as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the filing of this Motion, no request has been made for the appointment of a trustee or examiner and no statutory committee has been appointed in the Chapter 11 Cases.

6. The Debtors constitute a business enterprise that collectively provide a full suite of home care services, including custodial care, skilled care, and senior placement services,

particularly for senior patients in the State of Florida.  The Debtors' business spans fourteen (14) office locations and provides services to forty-six (46) counties across the state, with a workforce of approximately 1,400 medical professionals and service providers.

**Basis for Relief**

7.     In accordance with Bankruptcy Rule 1007(c), the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "Schedules") are due to be filed with the Court within 14 days after the Petition Date.  The Debtors have assembled much of the information necessary to complete the Schedules, however, gathering this information is laborious and taking longer than expected.

8.     Local Rule 9013-1(C)(2) provides that a debtor may, *ex parte*, seek an extension of time within which to file Schedules "where the requested extended deadline is not later than seven days before the §341 meeting or post-conversion meeting."

9.     The Debtors' first meeting of creditors under section 341 of the Bankruptcy Code (the "Meeting of Creditors") is scheduled for December 2, 2024, at 11:00 a.m.  By this Motion, consistent with the Local Rules, the Debtors request an extension of time within which to file the Schedules to and including November 25, 2024, the date that is seven (7) days before the Meeting of Creditors.

10.    The Debtors submit that this Motion is being filed in good faith and will not prejudice the rights of any creditors or parties in interest.  Consistent with the requirements of Local Rule 9013-1(C)(2), the Debtors shall serve this Motion (and any order entered in connection herewith) upon the Office of the United States Trustee, the Debtors' "Master Service List" pursuant to Local Rule 2002-1(H), and all parties who have requested notices.

3

**WHEREFORE**, the Debtors respectfully request the entry of an Order, substantially in the form attached hereto as **<u>Exhibit A</u>**, (i) granting this Motion; (ii) extending the time within which the Debtors shall file their Schedules, through and including November 25, 2024; and (iii) granting such further relief which this Court deems just and proper.

Dated:   November 13, 2024

Respectfully submitted,

**PACK LAW**
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:  */s/ Jessey J. Krehl*
  Joseph A. Pack
  Email:  joe@packlaw.com
  Florida Bar No. 117882
  Kelsi A. Cronkhite (*pro hac vice* forthcoming)
  Email:  kelsi@packlaw.com
  New York Bar No. 5641261
  Jessey J. Krehl
  Email:  jessey@packlaw.com
  Florida Bar No. 1025848

*Proposed Counsel to the Debtors*
*and Debtors-in-Possession*

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) |
|  | ) Case No. 24-21355-SMG |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR EXTENSION OF**
**TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

Upon the motion [Docket No. [__]] (the "Motion")[2] of the above-captioned debtors and

debtors in possession (the "Debtors") for entry of an order (this "Order") granting an extension of

---

[1] The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385); (viii) Home Care Resources Home Health Agency, LLC (0617); (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336); (xii) SN Home Healthcare, LLC (9996); (xiii) Senior Nannies Home Care Services, LLC (8991); and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293). The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

[2] All captioned items not otherwise defined herein shall have the meanings ascribed to them in the Motion.

the deadline by which the Debtors must file their Schedules and Statements of Financial Affairs; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other notice need be provided; and the Court having reviewed the Motion and having found that relief on an *ex parte* basis is appropriate under the circumstances and consistent with the Local Rules; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Debtors shall have an extension of time, up through and including November 25, 2024, within which to file their Schedules and Statements of Financial Affairs

###

**Submitted by:**
Joseph A. Pack, Esq.
*Proposed Counsel for the Debtors and Debtors-in-Possession*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: joe@packlaw.com
*Attorney Joseph A. Pack, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.*

2