**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) |
| | ) Case No. 24-21355-SMG |
| Debtors. | ) (Jointly Administered) |

**DEBTORS' AGREED EX PARTE MOTION TO**
**EXTEND THE OBJECTION DEADLINE OF THE UNITED**
**STATES TRUSTEE FOR CONFIRMATION OF THE DEBTORS' JOINT**
**CHAPTER 11 PLANS AND APPROVAL OF THE DISCLOSURE STATEMENT**

Debtors' counsel, with the agreement of the United States Trustee for Region 21, hereby files this *Agreed Ex-Parte Motion to Extend the Objection Deadline of the United States Trustee for Confirmation of the Debtors' Joint Chapter 11 Plans and Approval of the Disclosure Statement* (the "Motion"), and in support thereof, states as follows:

1.     On October 30, 2024 (the "Petition Date"), the above captioned debtors (the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").

---

[1]  The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293).  The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

2.      On April 16, 2025, the Debtors filed two proposed chapter 11 plans, one for each of Healthcare Holdings of Florida, LLC and its Debtor subsidiaries [Docket No. 206] (the "HHF Plan") and CWGL Holdings, LLC and its Debtor subsidiaries [Docket No. 207] (the "CWGL Plan" and together with the HHF Plan, the "Plans").  The same day, the Debtors proposed a combined disclosure statement [Docket No. 205] (the "Disclosure Statement") pursuant to sections 1125 and 1126(b) of the Bankruptcy Code.

3.      On April 24, 2025, the Court entered that certain *Order (I) Conditionally Approving Debtors' Combined Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Proposed Joint Chapter 11 Plans of Each of Healthcare Holdings of Florida, LLC and its Debtor Subsidiaries and CWGL Holdings, LLC and its Debtor Subsidiaries, and (III) Granting Related Relief* (the "Order") (Docket No. 231).

4.      Exhibit 1-A of the Order provides that the deadline for the United States Trustee, among other parties, to file objections to the confirmation of the Plans and final approval of the Disclosure Statement is June 3, 2025, at 4:00 p.m. (ET) (the "Objection Deadline").

5.      The Debtors and the United States Trustee have been and continue to work in good faith toward a consensual confirmation of the Debtors' Plans and final approval of the Disclosure Statement; more specifically, as it relates to the application of *Purdue* to the releases proposed in the Plans.

6.      Pursuant to Bankruptcy Rule 9006(b), the Court "may—at any time and for cause— extend the time to act if, with or without a motion or notice, a request to extend is made before the period expires."  Fed. R. Bankr.P. 9006(b)(1)(A).

7.      The parties agree that a four day extension of the Objection Deadline for the United States Trustee is necessary under the circumstances for the consensual confirmation of the Debtors'

Plans and final approval of the Disclosure Statement.

8.      The United States Trustee has no objection to the requested extension of the Objection Deadline and has asked the Debtor to formalize its agreement to the extension through this Motion, which the Debtor is obliged.

9.      Accordingly, the Debtors respectfully request that this Court extend the Objection Deadline for the United States Trustee to June 7, 2025, at 4:00 p.m. (ET).

**WHEREFORE**, the Debtors respectfully request that the Court enter an Order substantially in form attached hereto as **Exhibit A**: (i) granting its Motion; (ii) issuing an extension of the Objection Deadline for the United States Trustee to June 7, 2025, at 4:00 p.m. (ET); and (iii) for such other and further relief as the Court deems just and proper.

Dated: May 28, 2025

Respectfully submitted,

**PACK LAW**
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:   */s/ Joseph A. Pack*
          Joseph A. Pack
          Email:  joe@packlaw.com
          Florida Bar No. 117882
          Jessey J. Krehl, Esq.
          Email:  jessey@packlaw.com
          Florida Bar No.: 1025848
          Jorge A. Sanz
          Email:  jorge@packlaw.com
          Florida Bar No.: 1015622

*Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re:<br><br>Healthcare Holdings of Florida LLC, *et al.*[2]<br><br><br>Debtors. | ) <br> ) <br> )  Chapter 11 <br> ) <br> )  Case No. 24-21355-SMG <br> ) <br> )  (Jointly Administered) <br> ) |

**ORDER GRANTING DEBTORS' AGREED EX-PARTE**
**MOTION TO EXTEND THE OBJECTION DEADLINE OF THE**
**UNITED STATES TRUSTEE FOR CONFIRMATION OF THE DEBTORS'**
**JOINT CHAPTER 11 PLANS AND APPROVAL OF THE DISCLOSURE STATEMENT**

---

[2] The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293).  The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

This cause came on before the Court upon the Debtors' filing of the *Agreed Ex-Parte Motion to Extend the Objection Deadline of the United States Trustee for Confirmation of the Debtors' Joint Chapter 11 Plans and Approval of the Disclosure Statement* [Dkt No. [___] (the "Motion to Extend"). The Court having considered the Motion to Extend, and good cause having been shown and proper notice given, it is **HEREBY ORDERED THAT**:

1. The Motion to Extend is hereby GRANTED.

2. The deadline for the United States Trustee to file objections to the confirmation of the Plans and final approval of the Disclosure Statement is extended to June 7, 2025, at 4:00 p.m. (ET).

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

###

**Submitted by:**
Joseph A. Pack, Esq.
*Counsel for the Debtor and Debtor-in-Possession*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: joe@packlaw.com

Attorney Joseph A. Pack, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.

2