

**ORDERED in the Southern District of Florida on May 29, 2025.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) |
| | ) |
| | )  Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) |
| | )  Case No. 24-21355-SMG |
| | ) |
| Debtors. | )  (Jointly Administered) |
| | ) |

**ORDER GRANTING DEBTORS' AGREED EX-PARTE**
**MOTION TO EXTEND THE OBJECTION DEADLINE OF THE**
**UNITED STATES TRUSTEE FOR CONFIRMATION OF THE DEBTORS'**
**JOINT CHAPTER 11 PLANS AND APPROVAL OF THE DISCLOSURE STATEMENT**

---

[1]  The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293).  The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

This cause came on before the Court upon the Debtors' filing of the *Agreed Ex-Parte Motion to Extend the Objection Deadline of the United States Trustee for Confirmation of the Debtors' Joint Chapter 11 Plans and Approval of the Disclosure Statement* [Dkt. No. 261] (the "Motion to Extend"). The Court having considered the Motion to Extend, and good cause having been shown and proper notice given, it is **HEREBY ORDERED THAT**:

1. The Motion to Extend is hereby GRANTED.

2. The deadline for the United States Trustee to file objections to the confirmation of the Plans and final approval of the Disclosure Statement is extended to June 7, 2025, at 4:00 p.m. (ET).

3. The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

###

**Submitted by:**
Joseph A. Pack, Esq.
*Counsel for the Debtor and Debtor-in-Possession*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: joe@packlaw.com

Attorney Joseph A. Pack, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.