

**ORDERED in the Southern District of Florida on June 12, 2025.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) |
|  | ) Case No. 24-21355-SMG |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**ORDER GRANTING (I) DEBTORS' AGREED *EXPEDITED* MOTION FOR
ENTRY OF AN ORDER, IN AN ABUNDANCE OF CAUTION, APPROVING
THE DEBTORS' TABULATION OF BALLOTS CAST BY INB, N.A., (II) DEBTORS'
*EXPEDITED* MOTION FOR ENTRY OF AN ORDER APPROVING THE DEBTORS'
TABULATION OF UNTIMELY BALLOTS CAST IN SUPPORT OF THE CWGL PLAN
AND SUBMITTED BY EMAIL, AND (III) DEBTORS' *ORE TENUS* MOTION FOR
ENTRY OF AN ORDER APPROVING TABULATION OF THE CLASS 7 CLASS B
SHAREHOLDER CLAIM BALLOTS CAST IN SUPPORT OF THE CWGL PLAN**

---

1  The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293).  The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

THIS MATTER came before the Court for hearing on June 10, 2025 (the "Hearing") upon the motion of the Debtors [Docket No. 271] (the "INB Ballot Motion") seeking approval of the tabulation of the INB Ballots (as defined therein), the motion of the Debtors [Docket No. 272] (the "GUC Ballot Motion") seeking approval of the tabulation of the Subject Ballots (as defined therein), and the *ore tenus* motion of the Debtors at the Hearing (the "Class B Shareholder Ballot Motion," and together with the INB Ballot Motion and the GUC Ballot Motion, the "Ballot Motions")[2] seeking approval of the tabulation of certain other ballots [Docket Nos. 285, 286] (the "Class B Shareholder Ballots," and together with the INB Ballots and the Subject Ballots, the "Tabulated Ballots"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Ballot Motions establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Ballot Motions each are **GRANTED** as set forth herein.

2.      The Tabulated Ballots shall be included in the tabulation of votes to accept or reject the Plans.

3.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

*###*

---

2 Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the applicable Ballot Motion.

**Submitted by:**
Jessey J. Krehl, Esq.
*Counsel for the Debtors and Debtors-in-Possession*
Pack Law, P.A.
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Tel: 305-916-4500
Email: jessey@packlaw.com

Attorney Jessey J. Krehl, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF pursuant to applicable rules.

3