**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

_____

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) | |
| | ) | Case No. 24-21355-SMG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

_____

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING (A) JOINT PLAN OF
HEALTHCARE HOLDINGS OF FLORIDA, LLC AND ITS DEBTOR
SUBSIDIARIES, AND (B) JOINT PLAN OF CWGL HOLDINGS, LLC
AND ITS DEBTOR SUBSIDIARIES, EACH PURSUANT TO CHAPTER 11
OF THE BANKRUPTCY CODE, AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

        **PLEASE TAKE NOTICE THAT** on June 13, 2025, the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), entered an order [Docket No. 294] (the "Confirmation Order") confirming the *Joint Plan of Healthcare Holdings of Florida, LLC and its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 206] (as modified, the "HHF Plan") and the *Joint Plan of CWGL Holdings, LLC and its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 207] (as modified, the "CWGL Plan," and together with the HHF Plan, the "Plans" or individually a "Plan").[2]

        **PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plans occurred on June 16, 2025.

        **PLEASE TAKE FURTHER NOTICE THAT** the Confirmation Order, the Plans, and copies of all documents filed in the chapter 11 cases may be obtained by visiting the Bankruptcy Court's website at https://www.flsb.uscourts.gov/ in accordance with the procedures and fees set forth therein. Copies may also be obtained free of charge by contacting the undersigned counsel to the Reorganized Debtors.

---

[1]  The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385); (viii) Home Care Resources Home Health Agency, LLC (0617); (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336); (xii) SN Home Healthcare, LLC (9996); (xiii) Senior Nannies Home Care Services, LLC (8991); and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293). The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

[2]  Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plans or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court has approved certain release, exculpation, injunction, and related provisions in Article VIII of each Plan, each as amended by and subject to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT** the Plans and their provisions are each binding on the Debtors, the Reorganized Debtors, and any Holder of a Claim or an Interest and such Holder's respective predecessors, successors, and assigns.

**PLEASE TAKE FURTHER NOTICE THAT** the Plans and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review each Plan and the Confirmation Order in their entirety.

Dated:    June 17, 2025

**PACK LAW**
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:    */s/ Jessey J. Krehl*
          Joseph A. Pack
          Email:  joe@packlaw.com
          Florida Bar No. 117882
          Jessey J. Krehl
          Email:  jessey@packlaw.com
          Florida Bar No. 1025848

*Counsel to the Reorganized Debtors*