**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | **)** |
|  | **)** |
|  | **)**   Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | **)** |
|  | **)**   Case No. 24-21355-SMG |
|  | **)** |
| Debtors. | **)**   (Jointly Administered) |
|  | **)** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2025, true and correct copies of the: (a) *Order (I) Approving the Debtors' Disclosure Statement, (II) Confirming (A) Joint Plan of Healthcare Holdings of Florida, LLC and its Debtor Subsidiaries, and (B) Joint Plan of CWGL Holdings, LLC and its Debtor Subsidiaries, and (III) Granting Expedited Motion to Modify Joint Plans of Reorganization* [Dkt. No. 294]; and (b) *Notice of (I) Entry of Order Confirming (A) Joint Plan of Healthcare Holdings of Florida, LLC and its Debtor Subsidiaries, and (B) Joint Plan of CWGL Holdings, LLC and its Debtor Subsidiaries, Each Pursuant to Chapter 11 of the Bankruptcy Code, and (II) Occurrence of Effective Date* [Dkt. No. 299] were served via CM/ECF on all parties registered to receive electronic notice thereby and via First Class United States Mail, postage prepaid, on the parties identified on the attached mailing matrix.

Dated:  June 17, 2025.

        Respectfully submitted,

        **PACK LAW**
        51 Northeast 24th Street, Suite 108
        Miami, Florida 33137
        Telephone: (305) 916-4500

        By:  */s/ Jessey J. Krehl*
            **PACK LAW**
            *Counsel for Debtor and Debtor-in-Possession*

---

[1] The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293).  The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Joseph A. Pack
Email:  joe@packlaw.com
Florida Bar No. 117882

Jessey J. Krehl
Email:  jessey@packlaw.com
Florida Bar No. 1025848