UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Healthcare Holdings of Florida LLC, *et al.*[1] | ) |
| | ) Case No. 24-21355-SMG |
| Debtors. | ) (Jointly Administered) |

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The plans of reorganization in these cases were confirmed on June 13, 2025 [Dkt. No. 294].[2] The Debtors distributed an 18.8% dividend to unsecured creditors with respect to the CWGL Plan and a 100% dividend to unsecured creditors with respect to the HHF Plan.

2. The deposits required by the plans have been distributed and all matters to be completed upon the effective date of the confirmed plans have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of these cases.

---

[1] The Debtors and last four digits of their tax identification numbers are: (i) Healthcare Holdings of Florida LLC (6887); (ii) Healthcare Holdings 9 LLC (3633); (iii) HHMA Holdings LLC (3691); (iv) HHMA LLC (3901); (v) Able Palms Holdings, LLC (9363); (vi) Able Palms Home and Health Care Services, Inc. (3931); (vii) Home Care Resources Holdings, LLC (1385), (viii) Home Care Resources Home Health Agency, LLC (0617), (ix) CWGL Holdings, LLC (1945), (x) Senior Nannies Holdings, LLC (5172), (xi) Senior Nannies Management Services, LLC (5336), (xii) SN Home Healthcare, LLC (9996), (xiii) Senior Nannies Home Care Services, LLC (8991), and (xiv) Senior Advantages Assisted Living Placement Services, LLC (1293). The mailing address of the Debtors is 3313 West Commercial Boulevard, Suite 130, Fort Lauderdale, Florida 33309.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the order.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

| | |
|---|---|
| $0.00 | Trustee Compensation |
| $0.00 | Fee (and Expenses) for Attorney for Trustee |
| $651,885.20 | Fee (and Expenses) for Attorney for Debtor |
| $209,102.00 | U.S. Trustee (fees required by 28 U.S.C. §1930) |
| $24,332.00 | Clerk of Court (fees required by 28 U.S.C. §1930) |
| $187,723.29 | Other Professionals Fees (and Expenses) |

5. Attached as **Exhibit A** is a distribution report detailing the payments made under the plans.

The undersigned respectfully requests that this court enter a final decree and close these fully administered cases.

I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on July 11, 2025.

Dated: July 11, 2025

Respectfully submitted,

**PACK LAW**
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By:  /s/ Joseph A. Pack
     Joseph A. Pack
     Email: joe@packlaw.com
     Florida Bar No. 117882
     Jessey J. Krehl, Esq.
     Email: jessey@packlaw.com
     Florida Bar No.: 1025848

*Counsel to the Reorganized Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on July 11, 2025 via CM/ECF on all parties registered to receive electronic service thereby in these Cases.

                                  By:  */s/ Joseph A. Pack*
                                         Joseph A. Pack
                                         Email:  joe@packlaw.com
                                         Florida Bar No. 117882

# EXHIBIT A

**CASE NAME: Healthcare Holdings of Florida LLC, et al.**

**CASE NUMBER: 24-21355-SMG (Jointly Administered)**

The following payments have been made pursuant to the plans of reorganization:

| | | CWGL Plan | | |
|---|---|---|---|---|
| **Class** | **Name of Creditor** | **Claim Number**[3] | **Scheduled and/or Claimed Amount** | **Dividend Paid Pursuant to Plan** |
| 4 | Ascendant Commercial Insurance | 3.5 (24-21370) | $1,194.40 | $204.05 |
| 4 | Aspen Facility Services | 3.6 (24-21370) | $663.40 | $113.33 |
| 4 | AT&T Mobility | 3.7 (24-21370) | $7,000.00 | $1,195.86 |
| 4 | Baptist Health Foundation | 3.8 (24-21370) | $11,250.00 | $1,921.91 |
| 4 | BFW ADVERTISING, INC | 3.9 (24-21370) | $28,150.66 | $4,809.17 |
| 4 | Bright Shine Professional Cleaning | 3.10 (24-21370) | $700.00 | $119.59 |
| 4 | Carlos Sarmiento (CSC TRADING) | 3.11 (24-21370) | $1,000.00 | $170.84 |
| 4 | Clearcare | 3.1 (24-21369) 3.12 (24-21370) | $11,000.00 | $1,879.20 |
| 4 | Cole, Scott & Kissane, P.A. | 3.13 (24-21370) | $4,192.11 | $716.17 |
| 4 | Community Helath Accreditation Partner (CHAP) | 3.14 (24-21370) | $4,134.00 | $706.24 |
| 4 | Fairfax Publishing Company | 3.15 (24-21370) | $1,990.00 | $339.97 |
| 4 | FIRST CITIZENS BANK & TRUST CO | 3.16 (24-21370) | $640.93 | $109.49 |
| 4 | First Insurance Funding Corp | 3.17 (24-21370) | $64,586.48 | $11,033.74 |
| 4 | Fisher & Phillips | 3.18 (24-21370) | $4,269.75 | $729.43 |
| 4 | Geiger | 1-1 (24-21367) | $25,163.20 | $4,298.80 |
| 4 | Humana Inc. | 3-1 (24-21370) | $5,388.50 | $920.55 |
| 4 | Inovalon | 3.20 (24-21370) | $500.00 | $85.42 |
| 4 | Kanrad Technologies ,Inc. | 3.21 (24-21370) | $15,050.56 | $2,571.19 |
| 4 | Marlin Leasing Corporation | 1-1 (24-21368) | $11,169.04 | $1,908.08 |
| 4 | PCC USA INC | 3.23 (24-21370) | $77,375.00 | $13,218.49 |
| 4 | Regus Management Group | 3.24 (24-21370) | $1,564.54 | $267.28 |
| 4 | Salesforce.com | 3.25 (24-21370) | $9,112.50 | $1,556.75 |
| 4 | TextUs Services | 3.26 (24-21370) | $5,046.57 | $862.14 |
| 4 | Trilogy Medwaste | 3.27 (24-21370) | $471.60 | $80.57 |
| 4 | Wells Fargo Vendor Financial Services LLC | 1-1 (24-21370) | $1,063.82 | $181.74 |
| 5 | Amazing Glove SDN.BHD | 3-1 (24-21360) 2-1 (24-21369) 5-1 (24-21370) | $6,813,603.15 | $126,000.00 |
| 6 | Disco Volante Ventures LLC | 2-1 (24-21360) | $1,162,310.26 | $145,187.00 |

---

[3] Claims indicated with a "." represent a scheduled claim, while claims indicted with a "-" represent a proof of claim. For all claims, the case number of the relevant debtor is in parentheses.

| Class | Name of Creditor | Claim Number[4] | Scheduled and/or Claimed Amount | Dividend Paid Pursuant to Plan |
|---|---|---|---|---|
| <td colspan="4" align="center">**HHF Plan**</td> | | | | |
| 4 | Advanced Care Solution | 3.1 (24-21359)<br>3.1 (24-21362) | $5,089.41 | $5,089.41 |
| 4 | Agape Complete Health and Ministry | 3.2 (24-21362) | $4,702.50 | $4,702.50 |
| 4 | First Citizens Bank & Trust Company | 2-1 (24-21355)<br>3-1 (24-21355)<br>4-1 (24-21355) | $51,981.99 | $51,981.99 |
| 4 | Marlin Leasing Corporation | 1-1 (24-21355) | $11,169.04 | $11,169.04 |
| 4 | Synergy Consulting Services II, Inc | 3.4 (24-21362) | $5,352.86 | $5,352.86 |
| 4 | UnitedHealthcare Insurance Company | 1-1 (24-21362) | $11,228.14 | $11,228.14 |
| 4 | WellSky Corporation | 3.5 (24-21362) | $2,641.00 | $2,641.00 |

---

[4] Claims indicated with a "." represent a scheduled claim, while claims indicted with a "-" represent a proof of claim.  For all claims, the case number of the relevant debtor is in parentheses.